1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10    ANATOLI ZAKHAROV,                    )    Civil No. 13cv0180 JAH (BLM)
                                           )
11                  Petitioner,            )    **ORDER DENYING CERTIFICATE**
      v.                                   )    **OF APPEALABILITY**
12                                         )
      UNITED STATES OF AMERICA,            )
13                                         )
                    Respondent.            )
14    _____ )

15         On January 22, 2013, Petitioner, Anatoli Zakharov, appearing *pro se*, filed a petition

16    for a writ of *audita querela* under 28 U.S.C. section 1651.[1]   This Court dismissed the

17    petition by an order filed April 24, 2013.   Petitioner filed a notice of appeal and motion

18    for a certificate of appealability on May 9, 2012.  On May 13, 2012, the United States

19    Court of Appeals for the Ninth Circuit remanded the matter to this Court for the limited

20    purpose of granting or denying a certificate of appealability.

21         A certificate of appealability is authorized "if the applicant has made a substantial

22    showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  To meet this

23    threshold showing, a petitioner must show that: (1) the issues are debatable among jurists

24    of reason, (2) that a court could resolve the issues in a different manner, or (3) that the

25    questions are adequate to deserve encouragement to proceed further.  Lambright v.

26    Stewart, 220 F.3d 1022, 1025-25 (9th Cir. 2000) (citing Slack v. McDaniel, 529 U.S. 473

27    _____

28         [1]At the time he filed the petition, Petitioner did not pay the filing fee or move to
      proceed *in forma pauperis*.  He eventually filed a motion to proceed *in forma pauperis* on
      March 7, 2013.

1   (2000); <u>Barefoot v. Estelle</u>, 463 U.S. 880 (1983)).

2        Petitioner maintains this Court's denial of his writ was erroneous.  The Court

3   determined Petitioner's constitutional challenge to his conviction for conspiracy to possess

4   cocaine with intent to distribute on board a vessel and possession of cocaine with intent

5   to distribute on board a vessel pursuant to the Maritime Drug Law Enforcement Act

6   ("MDLEA") was not properly brought as a writ for *audita querela* because it was cognizable

7   under 28 U.S.C. section 2255.  The Court also determined the petition, which relied upon

8   the ruling in <u>Bellaizac-Hurtado</u>, 700 F.3d 1245 (11th Cir. 2012), was without merit

9   because Petitioner was on board a vessel on the high seas and the Ninth Circuit has upheld

10  the MDLEA as a constitutional exercise of congressional power to punish a person

11  possessing narcotics on a vessel on the high seas.[2]  Based on this Court's review of the

12  record, this Court finds that no issues are debatable among jurists of reason and no issues

13  could be resolved in a different manner.  This Court further finds that no questions are

14  adequate to deserve encouragement to proceed further.

15       Accordingly, IT IS HEREBY ORDERED the certificate of appealability is **DENIED**.

16  DATED:  May 17, 2013

17

18                                      JOHN A. HOUSTON
                                        United States District Judge

19

20

21

22

23

24

25

26

27

28       [2]<u>Bellaizac-Hurtado</u> involved defendants on board a vessel in the territorial waters
    of Panama.